## BROWN V. THE STATE.
*Murder.*
(Decided July 2, 1907.)

Appeal from Dallas Circuit Court.

Heard before Hon. B. M. Miller.

Craig & Craig, for appellant.

Alexander M. Garber, Attorney General, for the State.

Affirmed.

Opinion by Haralson, J.

Tyson, C. J., Simpson and Denson, JJ., concur.

---

## COGGINS V. BURTON.
*Mandamus.*
(Decided June 6, 1907.)

Appeal from Cleburne Circuit Court.

Heard before Hon. John Pelham.

Merrill & Merrill, for appellant.

T. J. Burton, for appellee.

Per curiam.—Dismissed on motion of appellant.

---

## DAVIS V. CASEY.
*Assumpsit.*
(Decided May 9, 1907.)

Appeal from Gadsden City Court.

Heard before Hon. John H. Disque.

George D. Motley, for appellant.

H. T. Bailey, for appellee.

Dowdell, J.—Affirmed on the authority of *Bir. L. &
L. Co. v. Thompson,* 86 Ala. 142.

Tyson, C. J., Anderson and McClellan, JJ., concur.